

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Saundra A. Porter,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Wal-Mart Stores, Inc.,<br><br>　　　　　Defendant. | No. CV04-503 TUC DCB<br><br>**ORDER GRANTING STIPULATION TO CHANGE VENUE** |

　　　Pursuant to the parties' Stipulation to Change Venue and for good cause shown, it is hereby

　　　ORDERED that this case be transferred from Tucson to Phoenix. And it is further

　　　ORDERED that a U.S. Magistrate Judge in Phoenix be selected to hold a settlement conference in this matter.

　　　DONE IN OPEN COURT this _11_ day of _July_, 2005.

　　　　　　　　　　　　　　　　　　　　　Hon. David C. Bury
　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE